**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------ x
**Sandra Galitzer, et. al.,**

                       **Plaintiffs,**                **NOTICE OF APPEARANCE**

     **-against-**

**City of New York, et al.,**                                        05 CV 7669(KMK)

                       **Defendants.**
------------------------------------------------------------------------ x

     **PLEASE TAKE NOTICE** that **Jay A. Kranis**, Senior Counsel, hereby appears on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant City of New York.

Dated:  New York, New York
         October 26, 2005

                                            MICHAEL A. CARDOZO
                                            Corporation Counsel
                                                of the City of New York
                                            Attorney for Defendant City of New York
                                            100 Church Street
                                            New York, New York 10007
                                            (212) 788-8683


                                   By:       _____/s/_____
                                                      Jay A. Kranis (JK2576)
                                                      Senior Counsel
                                                      Special Federal Litigation Division

To:    Jeffrey A. Rothman, Esq.(JR-0398)
         575 Madison Avenue, Suite 1006
         New York, NY 10022
         (212) 348-9833