UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SANDRA GALITZER, as mother and next friend )
of GWYNN GALITZER, )
                                                                         )   **PROOF OF SERVICE**
                               Plaintiff, )
                                                                          )   **05 Civ. 7669 (KMK) (JCF)**
  -against- )
                                                                          )   **ECF CASE**
THE CITY OF NEW YORK; POLICE )
LIEUTENANT MAHER; POLICE OFFEICER )
KERI MITCHELL, Shield No. 14657; POLICE )
OFFICER DONALD NELZI, Shield No. 30324; )
JOHN DOES; RICHARD ROES; HUDSON )
RIVER PARK TRUST, )
                             )
                           Defendants. )
----------------------------------------------------------------X

STATE OF NEW YORK    )
                               )ss.:
COUNTY OF NEW YORK  )

     I, Jeffrey A. Rothman, being an attorney duly admitted to practice before this court and the courts of the State of New York, hereby affirm under the penalties of perjury:

     I am not a party to this action, I am over 18 years of age and I am self-employed as an attorney at 575 Madison Avenue, Suite 1006; New York, New York, 10022.

     On September 23, 2005, approximately 12:12 p.m., at the New York City Law Department, 100 Church Street, New York, NY 10007, I served the Summons and Complaint upon the CITY OF NEW YORK, a defendant therein named by personally delivering and leaving a true copy or copies of the aforementioned documents with Madelyne Santana, a process clerk authorized to accept service.

     On September 23, 2005, approximately 12:31 p.m., at the Hudson River Park Trust, Pier 40, West Street at W. Houston Street, New York, NY 10014, I served the Summons and Complaint upon the HUDSON RIVER PARK TRUST, a defendant therein named by personally delivering and leaving a true copy or copies of the aforementioned documents with Laura A. Blackman, Esq., Deputy Counsel, an attorney authorized to accept service.

                                                         September 27, 2005  _____/s/_____
                                                                                    Jeffrey A. Rothman, Esq.