UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SANDRA GALITZER, AS MOTHER AND NEXT FRIEND:    (PLAINTIFF)
OF GWYNN GALITZER

                           Index No 05 CV 7669
      against              Date Filed 08/31/2005
                           Office No JAR01092-24B

THE CITY OF NEW YORK,ETAL;        (DEFENDANT)

---

STATE OF NEW YORK, COUNTY OF NEW YORK     SS:

ROBERT CRANDALL  being duly sworn deposes and says:
I am over 18 years of age, not a party to this action and reside in the State of New York:
That on the 30 day of September 2005  at  10:21 AM , at

1035 LONGWOOD AVE.;BRONX, NY 10459-NYPD 41ST PRECINCT
I SERVED the SUMMONS, STATEMENT OF RELATEDNESS, COMPLAINT upon
POLICE OFFICER KERI MITCHELL, SHIELD NO. 14657
the defendant herein named by delivering to and leaving a true copy of said
SUMMONS, STATEMENT OF RELATEDNESS, COMPLAINT
with a person of suitable age and discretion: to wit POLICE OFFICER HENRY,
AUTHORIZED TO ACCEPT Deponent described Person served as aforesaid to the best
of deponents ability at the time and circumstances of service as follows:

Sex  FEMALE , Color BLACK, Hair BLACK, app.age 38 YRS, app.ht 5'6", app.wt 160 LBS

That on the 5 day of October 2005 I deposited in the U.S. mails a true copy of
the SUMMONS, STATEMENT OF RELATEDNESS, COMPLAINT
properly enclosed and sealed in a post-paid wrapper addressed to the said
defendant at the aforementioned
(B) (place of business marked personal and confidential)
1035 LONGWOOD AVE.;BRONX, NY 10459-NYPD 41ST PRECINCT

BY FIRST CLASS MAIL. AND NOT BEARING ANY IDENTIFICATION TO A LAWSUIT

That at the time of service aforesaid, I asked Person so served or Person spoken
to whether the defendant herein was in the military service of the State of N.Y.
or the United States and received a negative reply. Upon information  and belief
based  upon the  conversation and  observation as aforesaid  I aver  that the
defendant is not in the military service of the State of N.Y. or the United
States as that term is defined in the statutes or the State of N.Y. or the
Federal Soldiers and Sailors Civil Relief Act.

SWORN to before me this 5
day of October2005

JAY BRODSKY
Notary Public, State of New York
No. 31-4683271
Qualified in New York County
Commission Expires Feb 7 20

---

ROBERT CRANDALL
License No.:  0955171     :sb