Attorney:
JEFFREY A. ROTHMAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

SANDRA GALITZER, AS MOTHER AND NEXT FRIEND OF GWYNN (PLAINTIFF)
GALITZER

      against

CITY OF NEW YORK ETAL;

Index No 05CV7669
Date Filed 08/31/2005
Office No JAR01092-24
   (DEFENDANT)
_____

STATE OF NEW YORK, COUNTY OF NEW YORK     SS:

ANDREW LINDAUER  being duly sworn deposes and says:
I am over 18 years of age, not a party to this action and reside in the State of New York:
That on the 8 day of October 2005  at  8:30  AM , at

92-24 ROCKAWAY BEACH BLVD.;QUEENS, NY 11693-NYPD 100TH PRECINCT
I SERVED the SUMMONS IN A CIVIL CASE, STATEMENT OF RELATEDNESS, COMPLAINT, JURY TRIAL DEMANDED upon
POLICE OFFICER DONALD NELZI, SHIELD NO. 30324
the defendant herein named by delivering to and leaving a true copy of said
SUMMONS IN A CIVIL CASE, STATEMENT OF RELATEDNESS, COMPLAINT, JURY TRIAL DEMANDED
with a person of suitable age and discretion: to wit POLICE OFFICER CRUZ, AUTHORIZED TO ACCEPT Deponent described Person served as aforesaid to the best of deponents ability at the time and circumstances of service as follows:

Sex  MALE , Color WHITE, Hair BLACK, app.age 30 YRS, app.ht 5'6", app.wt 150 LBS

That on the 12 day of October 2005 I deposited in the U.S. mails a true copy of
the SUMMONS IN A CIVIL CASE, STATEMENT OF RELATEDNESS, COMPLAINT, JURY TRIAL DEMANDED
properly enclosed and sealed in a post-paid wrapper addressed to the said defendant at the aforementioned
(B) (place of business marked personal and confidential)
92-24 ROCKAWAY BEACH BLVD.;QUEENS, NY 11693-NYPD 100TH PRECINCT

BY FIRST CLASS MAIL. AND NOT BEARING ANY IDENTIFICATION TO A LAWSUIT.

That at the time of service aforesaid, I asked Person so served or Person spoken to whether the defendant herein was in the military service of the State of N.Y. or the United States and received a negative reply. Upon information  and belief based  upon the  conversation and  observation as aforesaid  I aver  that the defendant is not in the military service of the State of N.Y. or the United States as that term is defined in the statutes or the State of N.Y. or the Federal Soldiers and Sailors Civil Relief Act.

SWORN to before me this 12
day of October2005

JAY BRODSKY
Notary Public, State of New York
No. 31-4683271
Qualified in New York County
Commission Expires Feb. 2, 20__

ANDREW LINDAUER
License No.:  724 538         :bb