UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GWYNN GALITZER,                                    )
                                                   )          **PROOF OF SERVICE**
                     Plaintiff,                    )
                                                   )          **05 Civ. 7669 (KMK) (JCF)**
   -against-                                      )
                                                   )          **ECF CASE**
THE CITY OF NEW YORK; POLICE                       )
LIEUTENANT JOE MAHER; POLICE OFFICER               )
KERI MITCHELL, Shield No. 14657; POLICE            )
OFFICER DONALD NELZI, Shield No. 30324;            )
JOHN DOES; RICHARD ROES; HUDSON                    )
RIVER PARK TRUST,                                  )
                                                   )
                     Defendants.                   )
-----------------------------------------------------------------X

STATE OF NEW YORK      )
                       )ss.:
COUNTY OF NEW YORK     )

      I, Jeffrey A. Rothman, being an attorney duly admitted to practice before this court and the courts of the State of New York, hereby affirm under the penalties of perjury:

      I am not a party to this action, I am over 18 years of age and I am self-employed as an attorney at 575 Madison Avenue, Suite 1006; New York, New York, 10022.

      On December 20, 2005, approximately 2:00 p.m., at the Central Park Precinct, 86th Street Transverse, New York, NY 10024, I served the First Amended Summons, First Amended Complaint, Notice of Assignment, Statement of Relatedness, and Complaint upon POLICE LIEUTENANT JOE MAHER, a defendant therein named, by personally delivering and leaving at his actual place of business with the Desk Officer, Police Sergeant Rella, Shield No. 5182, a person of suitable age and discretion, a true copy or copies of the aforementioned documents. On December 20, 2005, I then mailed a copy of the aforementioned documents to POLICE LIEUTENANT JOE MAHER, a defendant therein named, at the Central Park Precinct, 86th Street Transverse, New York, NY 10024, his actual place of business, via first class mail, proper postage affixed to a sealed envelope bearing the legend "personal and confidential" and not indicating on the outside thereof in any manner that the communication is from an attorney or concerns an action against the person to be served.

                                                    December 20, 2005   _____/s/_____
                                                                                     Jeffrey A. Rothman, Esq.