**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------ x
GWYNN GALITZER,

                Plaintiff,        05 CV 7669 (KMK)

   -versus-

THE CITY OF NEW YORK, et al.,

                Defendants.
------------------------------------------------------------------------ x

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Fred M. Weiler, Esq. hereby appears on behalf of Defendant Hudson River Park Trust, effective this date. Please serve a copy of all papers to be served in this matter, by ECF or otherwise, on appearing counsel.

Dated:    New York, New York
            January 3, 2006

                      MICHAEL A. CARDOZO
                      Corporation Counsel of the City of New York
                      *For Defendant Hudson River Park Trust*

                      By: _____/s/_____
                           Fred M. Weiler (FW 5864)
                           Assistant Corporation Counsel
                           Special Federal Litigation
                           100 Church Street, Room 3-132
                           New York, New York 10007
                           212.788.1817 (ph)
                           212.788.9776 (fax)

cc:  All Parties (by ECF)