
JAN 27 2006



**MEMO ENDORSED**

THE CITY OF NEW YORK

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**FRED M. WEILER**
*Special Federal Litigation Division*
*TEL: 212-788-1817*
*FAX: 212-788-9776*

January 26, 2006

**BY HAND**
Honorable James C. Francis
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/06

DOCKET IN BOTH CASES

Re:   Phillips v. City of New York, et al., 05 CV 7624 (KMK) (JCF)
      Galitzer v. City of New York, et al., 05 CV ~~----~~ 7669 (KMK) (JCF)

Dear Judge Francis:

I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for Defendants City of New York and Hudson River Park Trust. I write with respect to the above-referenced matters, in which plaintiffs set forth claims, *inter alia*, of false arrest and false imprisonment during the Republican National Convention.

Defendants' answers to the complaints are presently due on January 30, 2005. Defendants respectfully request a brief extension of time to and including February 8, 2006 to respond to the complaints. Plaintiffs' counsel has consented to this extension, which will not affect the corresponding Case Management Orders.

Accordingly, Defendants respectfully request that their time to answer the complaints in the Phillips and Galitzer cases be extended to and including February 8, 2006.

Thank you for your time and consideration.

Application granted - 1/27/06
SO ORDERED.
James C. Francis IV
USMJ

Respectfully submitted,

Fred M. Weiler (FW 5864)
Assistant Corporation Counsel

cc:   Jeffrey Rothman, Esq., *Attorney for Plaintiffs* (via fax)