

# MEMO ENDORSED

THE CITY OF NEW YORK

**MICHAEL A. CARDOZO**
*Corporation Counsel*

## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**JAMES MIRRO**
*Special Assistant Corporation Counsel*
phone (212) 788-8026  fax (212) 788-9776

April 20, 2006

**BY FAX**

The Honorable James C. Francis IV
United States Magistrate Judge
Daniel Patrick Moynihan
   United States Courthouse
500 Pearl Street - Room 1960
New York, New York 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/06
```

DOCKET IN ALL CASES

Re: *Coburn, et al. v. The City of New York, et al.* (05 CV 7623 (KMK) (JCF))
*Phillips, et al. v. The City of New York, et al.* (05 CV 7624 (KMK) (JCF))
*Oehl, et al. v. The City of New York, et al.* (05 CV 7625 (KMK) (JCF))
*Jarick, et al. v. The City of New York, et al.* (05 CV 7626 (KMK) (JCF))
*Sloan, et al. v. The City of New York, et al.* (05 CV 7668 (KMK) (JCF))
*Galitzer, et al. v. The City of New York, et al.* (05 CV 7669 (KMK) (JCF))
*Bastidas, et al. v. The City of New York, et al.* (05 CV 7670 (KMK) (JCF))
*Huffman, et al. v. The City of New York, et al.* (05 CV 7671 (KMK) (JCF))
*Carney, et al. v. The City of New York, et al.* (05 CV 7672 (KMK) (JCF))
*Sikelianos, et al. v. The City of New York, et al.* (05 CV 7673 (KMK) (JCF))
*Will, et al. v. The City of New York, et al.* (05 CV 9974) (KMK) (JCF))

Dear Judge Francis:

    At the request of counsel for the plaintiffs in these cases (Jeffrey A. Rothman), I write to request a modification of the Case Management Orders ("CMOs") in each of these cases. Plaintiffs report that they need more time for discovery and to complete the other tasks necessary under the existing schedules in these cases. Defendants too need more time to develop their cases than was originally allotted under these schedules. Accordingly, plaintiffs and defendants jointly request that the Court grant an 8-month extension on all remaining deadlines in the CMOs in the foregoing cases. If this meets with your approval, would you please "so order" it? Thank you.

Very truly yours,

James Mirro

4/21/06
Deadlines extended 3 months only.
SO ORDERED.
James C. Francis IV
USMJ

cc: Jeffrey A. Rothman, Esq. (by hand)