**MEMO ENDORSED**

**Jeffrey A. Rothman**
Attorney at Law
575 Madison Avenue, Suite 1006
New York, NY 10022
Tel.: (212) 348-9833; (212) 937-8450
Cell: (516) 455-6873
Fax: (212) 591-6343
jrothman@alumni.law.upenn.edu

July 25, 2006

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/06
```

By Fax
The Honorable James C. Francis IV
United States Magistrate Judge
United States District Court for the Southern District of New York
500 Pearl Street – Room 1960
New York, NY 10007



Docket in ALL CASES

Re:  Phillips, et al. v. City of New York, et al. 05 Civ. 7624 (KMK) (JCF);
    Coburn, et al. v. City of New York, et al., 05 Civ. 7623 (KMK) (JCF);
    Sloan, et al. v. City of New York, et al., 05 Civ. 7668 (KMK) (JCF);
    Galitzer v. City of New York, et al., 05 Civ. 7669 (KMK) (JCF);
    Bastidas, et al. v. City of New York, et al., 05 Civ. 7670 (KMK) (JCF);
    Huffman and Myczewski v. City of New York, et al., 05 Civ. 7671(KMK) (JCF);
    Carney, et al. v. City of New York, et al., 05 Civ. 7672 (KMK) (JCF);
    Sikelianos v. City of New York, et al., 05 Civ. 7673(KMK) (JCF);
    Oehl v. City of New York, et al., 05 Civ. 7625 (KMK) (JCF);
    Jarick v. City of New York, et al., 05 Civ. 7626 (KMK) (JCF);
    Will v. City of New York, et al., 05 Civ. 9974 (KMK) (JCF)

Dear Judge Francis:

    I write to respectfully request, jointly with counsel for defendants, an additional extension of 3 months on all remaining deadlines pursuant to the Case Management Orders in the above-captioned RNC cases. Both sides have been focused on the consolidated depositions that have been conducted over the past several months, and are continuing, and pending discovery issues with regard to "arrest documents," issues regarding yet-to-be produced Pier 57 documents and their confidentiality, issues regarding the inspection and videotaping of Pier 57, along with other discovery matters, will make the completion of discovery in the time presently allotted a virtual impossibility. The Court has, on April 21, 2006, issued one previous 3 month extension to the Case Management Orders in the above-captioned cases. 

    I also bring to the Court's attention that Rule 68 offers have been accepted in the Huffman, Carney, Oehl, and Will cases, and the parties are hoping to soon complete discussions and negotiations with regard to proper allocation of attorneys' hours and fees among these RNC cases (along with a similar settlement of the Jarick case). If the parties are unable to resolve their differences, we may request an informal conference with Your Honor to seek the Court's guidance with regard to our conceptual differences, in hope of avoiding the necessity of litigating the issue of attorneys' fees in these matters.

Respectfully submitted,

Jeffrey Rothman

cc: Fred Weiler, Esq. (by email)
    James Mirro, Esq. (by Fax and email)
    Jeffrey Dougherty, Esq. (by email)

7/26/06
Application granted.
SO ORDERED.
James C. Francis IV
USMJ