UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GWYNN GALITZER,                                )
                                               )   **NOTICE OF CHANGE**
                        Plaintiff,             )   **OF ADDRESS**
                                               )
    -against-                                  )
                                               )   **ECF CASE**
THE CITY OF NEW YORK; POLICE                   )
LIEUTENANT JOE MAHER; POLICE OFFICER           )
KERI MITCHELL, Shield No. 14657; POLICE        )   **05 Civ. 7669 (KMK) (JCF)**
OFFICER DONALD NELZI, Shield No. 30324;        )
JOHN DOES; RICHARD ROES; HUDSON                )
RIVER PARK TRUST,                              )
                                               )
                        Defendants.            )
------------------------------------------------------------X

    PLEASE TAKE NOTICE that the address of counsel for plaintiff has changed.

All correspondence concerning the above-captioned matter should be made to:

        Jeffrey A. Rothman
        Attorney at Law
        315 Broadway, Suite 200
        New York, NY 10007
        (212) 227-2980; Cell: (516) 455-6873
        Fax: (212) 591-6343

    Dated: December 28, 2006

                _____/S/_____
                Jeffrey A. Rothman
                Attorney at Law
                315 Broadway, Suite 200
                New York, NY 10007
                (212) 227-2980; Cell: (516) 455-6873
                Fax: (212) 591-6343