**Jeffrey A. Rothman**
Attorney at Law
315 Broadway, Suite 200
New York, NY 10007
Tel.: (212) 227-2980; Cell: (516) 455-6873
Fax: (212) 591-6343
rothman.jeffrey@gmail.com

**MEMO ENDORSED**

August 9, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/07

By Fax
The Honorable James C. Francis IV
United States Magistrate Judge
United States District Court for the Southern District of New York
500 Pearl Street – Room 1960
New York, NY 10007

LEAD CASE 04 CIV 7922 (KMK) (JCF)
DOCKET IN ALL CASES

Re:   Coburn, et al. v. City of New York, et al., 05 Civ. 7623 (KMK) (JCF);
      Phillips, et al. v. City of New York, et al., 05 Civ. 7624 (KMK) (JCF);
      Sloan, et al. v. City of New York, et al., 05 Civ. 7668 (KMK) (JCF);
      Galitzer v. City of New York, et al., 05 Civ. 7669 (KMK) (JCF);
      Bastidas, et al. v. City of New York, et al., 05 Civ. 7670 (KMK) (JCF);
      Carney, et al. v. City of New York, et al., 05 Civ. 7672 (KMK) (JCF);
      Sikelianos v. City of New York, et al., 05 Civ. 7673 (KMK) (JCF);
      Drescher v. City of New York, et al., 05 Civ. 7541 (KMK)(JCF)

Dear Judge Francis:

I write pursuant to the Court's Order of July 31, 2007 (faxed along with this letter as **Exhibit A**), to respectfully request that the Court "so order" the following depositions:

   Lieutenant Berquist - August 24, 2007

   Lieutenant Byrne - August 27, 2007 (beginning at 2 p.m.)

   PO Fortunato - August 31, 2007

I thank the Court for its consideration in this matter.

Respectfully submitted,

Jeffrey Rothman

cc:   Fred Weiler, Esq. (by e-mail distribution list)
      All RNC counsel (by e-mail distribution list)

SO ORDERED.
James C. Francis IV
USMJ