UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| BETTY BASTIDAS, et al. | **05 Civ. 7670 (KMK)(JCF)** |
| RANDY XU, et al. | **05 Civ. 7672 (KMK) (JCF)** |
| EMILY SLOAN, et al. | **05 Civ. 7668 (KMK)(JCF)** |
| GWYNN GALITZER, | **05 Civ. 7669 (KMK)(JCF)** |
| NIKOLAS SIKELIANOS, | **05 Civ. 7673 (KMK)(JCF)** |
| Plaintiffs, | **ECF CASE** |

-against-

THE CITY OF NEW YORK, et al.

Defendants.
------------------------------------------------------------------X

**DECLARATION OF JEFFREY ROTHMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR AN ORDER PERMITTING PLAINTIFFS IN THE BASTIDAS, ET AL. CASE TO FILE A SECOND AMENDED COMPLAINT, PERMITTING PLAINTIFFS IN THE XU, ET AL. CASE TO FILE A SECOND AMENDED COMPLAINT, PERMITTING PLAINTIFFS IN THE SLOAN, ET AL. CASE TO FILE A SECOND AMENDED COMPLAINT, PERMITTING PLAINTIFF GWYNN GALITZER TO FILE A SECOND AMENDED COMPLAINT IN THE GALITZER CASE, AND PERMITTING PLAINTIFF NIKOLAS SIKELIANOS TO FILE A FIRST AMENDED COMPLAINT IN THE SIKELIANOS CASE.**

Jeffrey Rothman, an attorney duly admitted to practice in this Court, pursuant to 28 U.S.C. § 1746, declares as follows:

1.     I am counsel for plaintiffs in the above captioned actions and submit this declaration in support of Plaintiffs' motion for for an order permitting plaintiffs in the Bastidas, et al. case to file a Second Amended Complaint, permitting plaintiffs in the Xu, et al. case to file a Second Amended Complaint, permitting plaintiffs in the Sloan, et al. case to file a Second Amended Complaint, permitting plaintiff Gwynn Galitzer to file a s Second Amended Complaint in the Galitzer case, and permitting plaintiff Nikolas Sikelianos to file a First Amended

1

Complaint in the <u>Sikelianos</u> case.

    2.    The following exhibits, cited in support of plaintiffs' motion for leave to amend, are attached hereto:

**Exhibit A**    Proposed First Amended Complaint in <u>Bastidas</u> (a version with red "track changes" is included along with the final version for the Court's convenience)

**Exhibit B**    Proposed Second Amended Complaint in <u>Xu</u> (a version with red "track changes" is included along with the final version for the Court's convenience);

**Exhibit C**    Proposed First Amended Complaint in <u>Sloan</u> (a version with red "track changes" is included along with final version for the Court's convenience);

**Exhibit D**    Proposed First Amended Complaint in <u>Galitzer</u> (a version with red "track changes" is included along with final version for the Court's convenience);

**Exhibit E**    Proposed First Amended Complaint in <u>Sikelianos</u> (a version with red "track changes" is included along with final version for the Court's convenience);

Dated:    New York, New York
            August 31, 2007

                                              _____/S/_____
                                              JEFFREY A. ROTHMAN, Esq.
                                              (JR-0398)
                                              315 Broadway, Suite 200
                                              New York, New York 10007
                                              (212) 227-2980
                                              Attorney for Plaintiffs

TO:    MICHAEL CARDOZO
           Corporation Counsel of the
           City of New York
           100 Church Street
           New York, New York 10007
           Attn:  James Mirro, Esq. (by email)
                    Fred Weiler, Esq. (by email)
                      Jeffrey Dougherty, Esq. (by email)

           *Attorneys for Defendants*