(ECF)

LEAD CASE: 04 Civ. 7922 (RJS)(JCF)
DOCKET IN CASES LISTED BELOW

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - :
SARAH COBURN,                      : 05 Civ. 7623 (RJS) (JCF)
JEFFREY PHILLIPS,                  : 05 Civ. 7624 (RJS) (JCF)
EMILY SLOAN,                       : 05 Civ. 7668 (RJS) (JCF)
SANDRA GALITZER,                   : 05 Civ. 7669 (RJS) (JCF)
BETTY BASTIDAS,                    : 05 Civ. 7670 (RJS) (JCF)
LASHLEY CARNEY,                    : 05 Civ. 7672 (RJS) (JCF)
NIKOLIS SIKELIANOS,                : 05 Civ. 7673 (RJS) (JCF)
                                   :
            Plaintiffs,            :           O R D E R
                                   :
     - against -                   :
                                   :
THE CITY OF NEW YORK, et al.,      :
                                   :
            Defendants.            :
- - - - - - - - - - - - - - - - - - :
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/07

Counsel having submitted certain Pier 57 documents for my <u>in camera</u> review, it is hereby ORDERED as follows:

1. Defendants shall produce documents nos. 1, 2, 20, 25, 26, 29, 33, 35, 39, 48, 49, 50, 51, 56, and 57. These documents are relevant to the possible existence of hazardous conditions at Pier 57 and/or defendants' knowledge or constructive knowledge of such conditions. Issues such as the arguable staleness of some of the documents go to their admissibility or persuasive value; they are sufficiently relevant for purposes of discovery.

2. Documents nos. 9, 16, 18, 19, 36, and 43 are not relevant and need not be produced.

1

SO ORDERED.

*[signature: James C. Francis IV]*

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         December 18, 2007

Copies mailed this date:

Jeffrey A. Rothman, Esq.
315 Broadway, Suite 200
New York, New York  10007

Curt P. Beck, Esq.
Special Assistant Corporation Counsel
City of New York Law Department
100 Church Street
New York, New York 10007