Received:                              Apr 10 2008 10:25am
2127883824        NYC Law 3-135 Environ           10 34 35 a m   04-10-2008    2/2



THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

FRED M. WEILER
*Assistant Corporation Counsel*
Telephone: (212) 788-1817
Facsimile: (212) 788-9776
fweiler@law.nyc.gov

April 9, 2008

**VIA FAX 212-805-7946**

The Honorable Richard J. Sullivan
United States District Judge, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

      Re:    *Rechtschaffer v. City of New York et al.* (05 CV 9930) (RJS) (JCF)
              *Sloan et al. v. City of New York et al.* (05 CV 7668) (RJS) (JCF)
              *Galitzer v. City of New York et al.* (05 CV 7669) (RJS) (JCF)
              *Xu et al. v. City of New York et al.* (05 CV 7672) (RJS) (JCF)
              *Coburn et al. v. City of New York et al.* (05 CV 7623) (RJS) (JCF)

Dear Judge Sullivan:

      We write concerning a briefing schedule for Rule 72 objections to Judge Francis' March 21, 2008 order in the above-captioned *Rechtschaffer* case, which order dismissed plaintiff's claims for emotional distress. Because plaintiffs in the above-referenced *Sloan*, *Galitzer*, *Xu* and *Coburn* cases will be taking Rule 72 objections to similar dismissals in the coming weeks, defendants intend to file a consolidated brief in opposition. Defendants propose to file their opposition on April 28, with plaintiffs' replies due on May 12. Plaintiffs' counsel have consented to this schedule. If this meets with your approval, will Your Honor be so kind to "so order" this briefing schedule? Thank you.

*The schedule proposed by the parties is hereby adopted.*

SO ORDERED
Dated: 4/10/08
RICHARD J. SULLIVAN
U.S.D.J.

Respectfully submitted,

Fred M. Weiler (FW-5864)

cc:    Rachel M. Kleinman, Esq. (via e-mail)
        Jeffrey R. Rothman, Esq. (via e-mail)