

| | THE CITY OF NEW YORK | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | JAMES MIRRO<br>*Special Assistant Corporation Counsel*<br>*phone (212) 788-8026  fax (212) 788-9776* |

June 3, 2008

**BY E-MAIL**

Jeffrey A. Rothman, Esq.
315 Broadway, Suite 200
New York, New York 10007

    Re:    *Drescher v. The City of New York, et al.*, 05 CV 7541 (RJS)(JCF)
              *Coburn, et al. v. The City of New York, et al.*, 05 CV 7623 (RJS)(JCF)
              *Phillips, et al. v. The City of New York, et al.*, 05 CV 7624 (RJS)(JCF)
              *Sloan, et al. v. The City of New York, et al.*, 05 CV 7668 (RJS)(JCF)
              *Galitzer v. The City of New York, et al.*, 05 CV 7669 (RJS)(JCF)
              *Bastidas v. The City of New York, et al.*, 05 CV 7670 (RJS)(JCF)
              *Xu, et al. v. The City of New York, et al.*, 05 CV 7672 (RJS)(JCF)
              *Sikelianos, et al. v. The City of New York, et al.*, 05 CV 7673 (RJS)(JCF)

Dear Jeff:

        Enclosed as Exhibits A-H, please find the waiver of service of summons forms that, pursuant to our agreement, defendants have forwarded to this office and that we now forward to you for filing pursuant to Rule 4(d)(4) of the Federal Rules of Civil Procedure.

        As we have discussed, defendants have no objection to plaintiffs' request that the Court enter an order in the foregoing cases providing that the executed waiver form pertaining to each of the identified defendants is deemed filed, pursuant to Rule 4(d)(4), rather than require you to actually file the forms with the Court.

        We have received executed waiver forms pertaining to the following defendants in the following cases:

**Xu**
Michael Bloomberg
Raymond Kelly
Stephen Hammerman
David Cohen
Thomas Doepfner
Daniel Albano
Kerry Sweet
Ruby Marin Jordan
Joseph Esposito
Thomas Graham
John McManus
Bruce Smolka
Terrence Monahan
John Colgan
Kevin Ward
Thomas DiRusso
John Bergquist
William Murphy

**Phillips**
Michael Bloomberg
Raymond Kelly
Stephen Hammerman
David Cohen
Thomas Doepfner
Daniel Albano
Kerry Sweet
Ruby Marin Jordan
Joseph Esposito
Thomas Graham
John McManus
Bruce Smolka
Terrence Monahan
John Colgan
James O'Neill
Robert Bonifati
William Cooke

**Galitzer**
Michael Bloomberg
Raymond Kelly
Stephen Hammerman
David Cohen
Thomas Doepfner
Daniel Albano
Kerry Sweet
Ruby Marin Jordan
Joseph Esposito
Thomas Graham
John McManus
Bruce Smolka
Terrence Monahan
John Colgan
James O'Neill
James Capaldo
Ronald Mercandetti
Eugene Monichal

**Drescher**
Michael Bloomberg
Raymond Kelly
Stephen Hammerman
David Cohen
Thomas Doepfner
Daniel Albano
Kerry Sweet
Ruby Marin Jordan
Joseph Esposito
Thomas Graham
John McManus
Bruce Smolka
Terrence Monahan
John Colgan
Joseph Dowling
George Shannon
Laura Blackman/HRPT

| **Bastidas** | **Coburn** |
|---|---|
| Michael Bloomberg | Michael Bloomberg |
| Raymond Kelly | Raymond Kelly |
| Stephen Hammerman | Stephen Hammerman |
| David Cohen | David Cohen |
| Thomas Doepfner | Thomas Doepfner |
| Daniel Albano | Daniel Albano |
| Kerry Sweet | Kerry Sweet |
| Ruby Marin Jordan | Ruby Marin Jordan |
| Joseph Esposito | Joseph Esposito |
| Thomas Graham | Thomas Graham |
| John McManus | John McManus |
| Bruce Smolka | Bruce Smolka |
| Terrence Monahan | Terrence Monahan |
| John Colgan | John Colgan |
| Patrick Cortright | James O'Neill |

| **Sikelianos** | **Sloan** |
|---|---|
| Michael Bloomberg | Michael Bloomberg |
| Raymond Kelly | Raymond Kelly |
| Stephen Hammerman | Stephen Hammerman |
| David Cohen | David Cohen |
| Thomas Doepfner | Thomas Doepfner |
| Daniel Albano | Daniel Albano |
| Kerry Sweet | Kerry Sweet |
| Ruby Marin Jordan | Ruby Marin Jordan |
| Joseph Esposito | Joseph Esposito |
| Thomas Graham | Thomas Graham |
| John McManus | John McManus |
| Bruce Smolka | Bruce Smolka |
| Terrence Monahan | Terrence Monahan |
| John Colgan | John Colgan |
| Mason Wang | John Wolf |

Very truly yours,

James Mirro

Enclosures