UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Consolidated RNC Cases                                   ORDER

RICHARD J. SULLIVAN, District Judge:

Fifty-four plaintiffs in twenty of the consolidated RNC cases have filed objections to the dismissal of their emotional distress and physical injury damages claims.[1] On July 21, 2008, several plaintiffs submitted letters to the Court regarding a recent decision issued by the Second Circuit, *In re Sims*, — F.3d —, 2008 WL 2778869, at *1 (2d Cir. July 18, 2008), and its bearing on the issues presented in plaintiffs' objections. Accordingly,

IT IS HEREBY ORDERED that, by 5:00 p.m. on Monday, July 28, 2008, any plaintiff who wishes to address the relevancy of the Second Circuit's decision in *Sims* to his or her objection shall submit a letter, not to exceed three pages, explaining his or her position. Thereafter, by 5:00 p.m. on Thursday, July 31, 2008, the City shall submit a single letter, not to exceed seven pages, responding to plaintiffs' letters on this issue. The Court will not alter these directives absent truly compelling circumstances.

SO ORDERED.

Dated:   New York, New York
         July 23, 2008

                                                        RICHARD J. SULLIVAN
                                                        UNITED STATES DISTRICT JUDGE

---

[1] The actions and the plaintiffs subject to this Order are: *Abdell*, No. 05 Civ. 8453 (plaintiffs Deborah Riverbend, Katherine Poe, and Devon Rueckner); *Adams*, No. 05 Civ. 9484 (plaintiffs Christina Argyos, Jaie Bosse, Gabriel Cohn, Naima Fowler, David Geocos, Michael Gindi, Zachary Goldstein, Richard Lovejoy, Sarah Palmer, Jeffrey Parrott, Robert Ponce, Dana Pryor, Ellen Tuzzolo, David Zalk, Lisa Martin, Chris Agnese, James Graham, Erica Mitrano, Christopher Benson, and Ryan Doxtader); *Araneda*, No. 05 Civ. 9738 (plaintiffs Barbara Araneda, Hays Ellisen, David Segal, and Brian Weeks); *Coburn*, No. 05 Civ. 7623 (plaintiff Megan Thomas-Melly); *Eastwood*, No. 05 Civ. 9483 (plaintiff Jesse Henry); *Galitzer*, No. 05 Civ. 7669 (plaintiff Gwynn Galitzer); *Kennedy*, No. 07 Civ. 7678 (plaintiffs Megan Kennedy and Carrie Adams); *Rechtschaffer*, No. 05 Civ. 9930 (plaintiff Jessica Rechtschaffer); *Sloan*, No. 05 Civ. 7668 (plaintiff Emily Sloan); *Xu*, No. 05 Civ. 7672 (plaintiffs Randy Xu and David Becker); *Philllips*, No. 05 Civ. 7624 (plaintiffs Rafael Porto and Joel Miller); *Sikelianos*, No. 05 Civ. 7673 (plaintiff Nikolas Sikelianos); *Tikkun*, No. 05 Civ. 9901 (plaintiff Kaitlyn Tikkun); *Ryan*, No. 05 Civ. 1564 (plaintiffs David Muelken and Michael Muench); *Greenwald*, No. 05 Civ. 1566 (plaintiffs Jeremy Biddle, Jay Hardesty, and Philip Stone); *Biddle*, No. 05 Civ. 1570 (plaintiffs Hanna Ingber, Kelly Solon (a/k/a Kelly Seshimo), and Colin Stager); *Crotty*, No. 05 Civ. 7577 (plaintiffs Maria Cincotta and Michelle Hardesty); *Stark*, No. 05 Civ. 7579 (plaintiffs Gregory Eifert and Gillian Rose); *Moran*, No. 05 Civ. 1571 (plaintiff Dyan Neary); *Martini*, No. 05 Civ. 9881 (plaintiff John Martini). This Order should be docketed only in these cases.