```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
COLBURN, et al.,                         :    05 Civ. 7623 (RJS)
PHILLIPS, et al.,                        :    05 Civ. 7624 (RJS)
SLOAN, et al.,                           :    05 Civ. 7668 (RJS)
GALITZER, et al.,                        :    05 Civ. 7669 (RJS)
BASTIDAS, et al.,                        :    05 Civ. 7670 (RJS)
XU, et al.,                              :    05 Civ. 7672 (RJS)
SIKELIANOS, et al.,                      :    05 Civ. 7673 (RJS)
DRESCHER, et al.,                        :    05 Civ. 7541 (RJS)
MANDERS, et al.,                         :    07 Civ. 7752 (RJS)
JUSICK, et al.,                          :    07 Civ. 7683 (RJS)
RIGBY, et al.,                           :    07 Civ. 7751 (RJS)
                                         :    Also docket in 04 Civ. 7922 (RJS)
                     Plaintiffs,         :
                                         :         ORDER
          -Against-                      :
                                         :
THE CITY OF NEW YORK, et al.,            :
                                         :
                     Defendants.         :
----------------------------------------X
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

Plaintiffs having moved by letter dated June 17, 2008 for an order compelling discovery and other relief, it is hereby ORDERED as follows:

1. Plaintiff's application for production of the IAB files concerning the arrest of Dennis Kyne is denied, as defendants have represented that nothing in that file relates to Gwynn Glitzer, the plaintiff at issue.

2. Defendants shall produce copies of the screens generated from the AFIS and archival databases based on a search for data related to Gwynn Galitzer and Udo Drescher. Otherwise, plaintiffs' application for an order requiring production of additional information concerning fingerprinting is denied, except insofar as

required by my July 22, 2008 Order in MacNamara.

    3.   Plaintiffs' application for an award of costs and fees is denied.

SO ORDERED.

                                   */s/ James C. Francis IV*
                                   JAMES C. FRANCIS IV
                                   UNITED STATES MAGISTRATE JUDGE

Dated: New York, New York
       July 24, 2008

Copies Mailed this date:

Jeffrey A. Rothman, Esq.
315 Broadway, Suite 200
New York, New York 10007

Fred M. Weiler, Esq.
Assistant Corporation Counsel
100 Church Street
New York, New York 10007